# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**Fill in this information to identify your case:**

Debtor 1: Wilma Lee McRath
  Name: First Middle Last

Debtor 2: _____
  (Spouse, if filing) Name: First Middle Last

Case number: 21-40303-JJR
(if known)

Check if this is an amended plan  [✓]
Amends plan dated: 05/24/2021

# Chapter 13 Plan

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

- [ ] The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.
- [ ] The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase money security interest, as set out in Part 3, § 3.4.
- [ ] The plan sets out nonstandard provision(s) in Part 9.

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$ 1,305.00 per month for 60 months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

**2.2 Regular payments to the trustee will be made from future income in the following manner** *(check all that apply):*

- [ ] Debtor(s) will make payments pursuant to a payroll deduction. Debtor(s) request a payroll deduction be issued to: _____

- [✓] Debtor(s) will make payments directly to the trustee.

- [ ] Other (specify method of payment) _____

Chapter 13 Plan    Page 1 of 5

Case 21-40303-JJR13    Doc 74    Filed 06/11/21    Entered 06/11/21 10:51:02    Desc Main
Document    Page 1 of 8

### 2.3 Income tax refunds and return. *Check one.*

- [x] Debtor(s) will retain any income tax refunds received during the plan term.
- [ ] Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.
- [ ] Debtor(s) will treat income tax refunds as follows:

- [ ] Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

### 2.4 Additional Payment. *Check all that apply.*

- [ ] **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*
- [x] Debtor(s) will make additional payment(s) to the trustee from proceeds of claim(s), cause(s) of action, lawsuit(s), settlement(s), or judgment award(s), as specified below:

  In the event Debtor is successful in prosecuting her claim against Kenneth Dupree for work not performed, Debtor offers all non-exempt proceeds to the Trustee.

- [ ] Debtor(s) will make additional payment(s) to the trustee from other sources, as specified below. Describe the source, estimated amount, and date of each anticipated payment:

### 2.5 Adequate Protection Payments.

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

## Part 3: Treatment of Secured Claims

### 3.1 Maintenance of payments and cure of defaults, if any, on long-term secured debts. *Check one.*

- [ ] **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- [x] Debtor(s) or trustee will maintain the current contractual installment payments on the secured claims listed below. These payments will be disbursed either by the trustee or paid directly by Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee. Unless otherwise ordered, the amounts listed on a proof of claim, amended proof of claim, or notice of payment change control over any contrary amounts listed below as to the estimated amount of the creditor's total claim, current installment payment, and arrearage.

| Name of Creditor | Collateral | Estimated Amount of Creditor's Total Claim | Current Installment Payment (including escrow) | Amount of Arrearage (if any) | Months Included in Arrearage | Monthly Fixed Payment on Arrearage | Monthly Fixed Payment on Arrearage to Begin |
|---|---|---|---|---|---|---|---|
| Chalmers 2015 PL Fund 1, LLC | 1120 Mountain Brook Drive, Gadsden, AL 35901 | $54,119.56 | $459.98 Disbursed by: Trustee To begin: 04/2021 | $28,541.69 | 46 | $475.69 | confirmation |

### 3.2 Request for valuation of security, claim modification, and hearing on valuation. *Check one.*

- [x] **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

### 3.3 Secured claims excluded from 11 U.S.C. § 506 and fully secured claims. *Check one.*

☑ **None.** *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4 Section 522(f) judicial lien and nonpossessory, nonpurchase money ("Non-PPM") security interest avoidance.** *Check all that apply.*

☑ **None.** *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

☑ Debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. Debtor(s) request that upon confirmation of this plan, the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the surrender of the collateral will be treated in Part 5 below.

| Name of Creditor | Collateral |
|---|---|
| Community Loan Servicing, LLC | 738 Sunnyvale Drive, Gadsden, AL 35901 |
| Santander Consumer USA, Inc. | 2015 Chevrolet Malibu |

## Part 4: Treatment of Fees and Priority Claims

**4.1 General.**

Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2 Chapter 13 case filing fee.** *Check one.*

☑ Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.

☐ Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3 Attorney's fees.**

The total fee requested by Debtor(s)' attorney is $ 3,500.00. The amount of the attorney fee paid prepetition is $ 0.00.

The balance of the fee owed to Debtor(s)' attorney is $ 3,500.00, payable as follows (*check one*):

☐ $ _____ at confirmation and $ _____ per month thereafter until paid in full, or

☑ in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4 Priority claims other than attorney's fees and domestic support obligations.** *Check one.*

☐ **None.** *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

☑ The other priority claims are listed below. Unless otherwise ordered, the amount of the creditor's priority claim listed on the proof of claim or amended proof of claim controls over any contrary amount listed below.

| Name of Creditor | Estimated Amount of Claim to be Paid | Monthly Fixed Payment, if any, to Creditor | Monthly Fixed Payment, if any, to Begin |
|---|---|---|---|
| Alabama Dept of Revenue | $ 712.41 | $ 11.87 | confirmation |

**4.5 Domestic support obligations.** *Check one.*

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**
Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2 Percentage, Base, or Pot Plan.** *Check one.*

- [✓] 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.
- [ ] Percentage Plan. This plan proposes to pay ____ % of each allowed nonpriority unsecured claim.
- [ ] Pot Plan. This plan proposes to pay $ _____ , distributed pro rata to holders of allowed nonpriority unsecured claims.
- [ ] Base Plan. This plan proposes to pay $ _____ to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan.

**5.3 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*

- [✓] **None.** *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**5.4 Maintenance of payments and cure of any default on long-term nonpriority unsecured claims.** *Check one.*

- [✓] **None.** *If "None" is checked, the rest of § 5.4 need not be completed or reproduced.*

**5.5 Other separately classified nonpriority unsecured claims.** *Check one.*

- [✓] **None.** *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

## Part 6: Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured.** *Check one.*

- [✓] **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**6.2 The executory contracts and unexpired leases listed below are rejected.** *Check one.*

- [ ] **None.** *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*
- [✓] **Rejected items.**

| Name of Creditor | Description of Leased Property or Executory Contract |
|---|---|
| Rent-a-Center | lease of stereo |

## Part 7: Sequence of Payments

**7.1** Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.

## Part 8: Vesting of Property of Estate

**8.1 Property of the estate will vest in Debtor(s)** *(check one):*

- [x] Upon plan confirmation.
- [ ] Upon entry of Discharge.

### Part 9: Nonstandard Plan Provisions

- [x] **None.** *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

### Part 10: Signatures

**Signature(s) of Debtor(s)** *(required)*:

x *(signed)* Wilma Lee McRath        Date 6-11-2021

x _____        Date

**Signature of Attorney for Debtor(s):**   x *Tameria S Driskill*        Date 6-11-2021

Name/Address/Telephone/Attorney for Debtor(s):

Tameria S. Driskill
Williams Driskill Huffstutler & King
2100 Club Drive, Ste 150
Gadsden, AL 35901
(256) 442.0201

By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | * | |
|    Wilma Lee McRath | * | Case no. 21-40303-JJR |
|    ***-**-1911 | * | |
|       Debtor | * | Chapter 13 |

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the AMENDED PLAN on the Debtor and all creditors and parties in interest listed on the matrix attached hereto by placing the same in the U.S. mail, postage prepaid and properly addressed, and on Hon. Linda B. Gore, Standing Chapter 13 Trustee, by electronic mail via the court's CM/ECF system at noticetrustee@ch13gadsden.com.

    This 11th day of June, 2021.

/s/ Tameria S. Driskill
Attorney for Debtor
Williams, Driskill, Huffstutler & King
2100 Club Drive, Ste 150
Gadsden, AL 35901
(256) 442-0201

```
Label Matrix for local noticing          U. S. Bankruptcy Court              1st Franklin Financial Corporation
1126-1                                   1129 Noble Street, Room 117         Attn: Administrative Services
Case 21-40303-JJR13                      Anniston, AL 36201-4674             P.O. Box 880
NORTHERN DISTRICT OF ALABAMA                                                 Toccoa, GA 30577-0880
Anniston
Fri Jun 11 10:43:05 CDT 2021

AT&T                                     Aaron's                             Advance Check Express
c/o IC Systes Inc                        403 Geo Wallace Dr                  310 W Meighan Blvd Ste C
PO Box 64378                             Gadsden, AL 35903-2282              Gadsden, AL 35901-3224
Saint Paul, MN 55164-0378


(p)STATE OF ALABAMA DEPARTMENT OF REVENUE   Alabama Emergency Phys Partner   Alabama Title Loans
P O BOX 320001                              c/ Phoenix Financial Services LLC   2301  Meighan Blvd
MONTGOMERY AL 36132-0001                    PO Box 361450                    Gadsden, AL 35904-1707
                                            Indianapolis, IN 46236-1450


Cash Express                             Chalmers 2015 PL Fund 1, LLC        Check Into Cash
503 W Meighan Blvd                       c/o Montvale LLC                    460 Geo Wallace Drive
Gadsden, AL 35901-3301                   8 The Green                         Gadsden, AL 35903-2280
                                         Dover, DE 19901-3618


Check Mate                               Check N Go                          Community Loan Servicing LLC
100 E Meighan Blvd                       977 Gilbert Ferry Road SE           4425 Ponce De Leon Blvd, 5th Floor
Gadsden, AL 35903-1045                   Attalla, AL 35954-3325              Miami, FL 33146-1873


Credit Central                           Exchange Bank                       Gadsden Regional Medical Center
517 Broad St                             923 Atalla Blvd                     PO Box 188
Gadsden, AL 35901-3719                   Attalla, AL 35954-2912              Brentwood, TN 37024-0188


LVNV Funding, LLC                        LVNV Funding, LLC                   Pegasus ER Group
Resurgent Capital                        Resurgent Capital Services          c/o AmeriFinancial Solutions LLC
PO Box 10587                             PO Box 10587                        PO Box 65018
Greenville, SC 29603-0587                Greenville, SC 29603-0587           Baltimore, MD 21264-5018


Pendrick Capital Partners LLC            Premier Bankcard, Llc               Quantum3 Group LLC as agent for
PO Box 141419                            Jefferson Capital Systems LLC Assignee   Sadino Funding LLC
Irving, TX 75014-1419                    Po Box 7999                         PO Box 788
                                         Saint Cloud Mn 56302-7999           Kirkland, WA  98083-0788


Reflex Master Card                       Rent-a-Center                       Rural Metro of Central Alabama
Celtic Bank                              108 W Meighan Blvd                  c/o Capio
268 S State Street, Ste 300              Gadsden, AL 35901-3208              2222 Texoma Pkwy Ste 150
Salt Lake City, UT 84111-5314                                                Sherman, TX 75090-2481


SANTANDER CONSUMER USA Inc.              Santander Consumer USA              Title Bucks
P.O. Box 961245                          Attn: Bankruptcy                    839 W Meighan Blvd
Fort Worth, TX 76161-0244                PO Box 560284                       Gadsden, AL 35901-3300
                                         Dallas, TX 75356-0284
```

| | | |
|---|---|---|
| US Bank Trust NA<br>SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | Verizon<br>by American InfoSource as agent<br>PO Box 4457<br>Houston, TX 77210-4457 | Linda Baker Gore<br>NON-PAYMENTS: P.O. Box 1338<br>Gadsden, AL 35902 |
| Tameria S. Driskill<br>Williams Driskill Huffstutler King, LLC<br>2100 Club Drive<br>Ste 150<br>Gadsden, AL 35901-5572 | Wilma Lee McRath<br>1120 Mountain Brook Drive<br>Gadsden, AL 35901-2362 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Alabama Department of Revenue<br>Legal Division<br>P.O. Box 320001<br>Montgomery, Alabama 36132-0001 | (d)Alabama Dept of Revenue<br>Attn Bankruptcy<br>PO Box 320001<br>Montgomery, AL 36132-0001 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SANTANDER CONSUMER USA INC.

End of Label Matrix
Mailable recipients  34
Bypassed recipients   1
Total                35